Query   Reports   Utilities   Help   What's New
Log Out

LOCATION-CUSTODYOTHERJURISDICTION

## Eastern District of Washington `USDC OR Case # 3:24-mj-00047`
## U.S. District Court (Yakima)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-02040-SAB-1

Case title: USA v. Navarro Pinones                Date Filed: 06/21/2023

Assigned to: Chief Judge
Stanley A Bastian

**Defendant (1)**

**Vicente Navarro Pinones**

| **Pending Counts** | **Disposition** |
|---|---|
| 42 U.S.C. § 1383a(a)(3) - SOCIAL SECURITY FRAUD (1) | |
| 42 U.S.C. § 408(a)(7)(B) - FALSE REPRESENTATION OF SOCIAL SECURITY NUMBER (2) | |
| 42 U.S.C. § 408(a)(3) - FALSE REPRESENTATION RELATED TO BENEFITS (3) | |
| 18 U.S.C. § 641 - THEFT OF GOVERNMENT FUNDS (4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Frieda K Zimmerman**<br>U S Attorney's Office - RIC<br>825 Jadwin Avenue<br>Suite G-60<br>Richland, WA 99352<br>509-353-2767<br>Email: frieda.zimmerman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2023 | 1 | INDICTMENT as to Vicente Navarro Pinones (1) - Counts 1, 2, 3, 4. (LAS, Case Administrator) (Entered: 06/22/2023) |

| | | |
|---|---|---|
| 06/21/2023 | 3 | Charges and Penalties - FORFEITURE NOTICE - as to Vicente Navarro Pinones (1). (LAS, Case Administrator) (Entered: 06/22/2023) |
| 06/21/2023 | 4 | MOTION TO SEAL INDICTMENT by USA as to Vicente Navarro Pinones (1). (LAS, Case Administrator) (Entered: 06/22/2023) |
| 06/21/2023 | 5 | ORDER TO SEAL INDICTMENT as to Vicente Navarro Pinones (1); granting 4 Motion to Seal Indictment. Signed by Magistrate Judge Alexander C Ekstrom. (LAS, Case Administrator) (Entered: 06/22/2023) |